IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| V. | : MAGISTRATE NO. 04-825 |
| | : |
| MICHAEL DIGIULIO | : |

## ORDER

AND NOW, this 15 day of Feb , 2018, upon consideration of Defendant's Motion to Dismiss the Information due to Mental Incompetence, it is hereby **ORDERED** that the Defendant's Motion is **GRANTED**. All charges against Defendant, Michael DiGiulio, are hereby dismissed due to Mr. DiGiulio's mental incompetence to proceed to sentencing.

BY THE COURT:

_____
THE HONORABLE JACOB P. HART
United States Magistrate Court Judge